1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   NORMAN K. BARBER,                    NO.  CIV.S-00-1286 WBS DAD

12           Plaintiff,

13      v.                                ORDER TO SHOW CAUSE

14   JO ANNE B. BARNHART,
     Commissioner of Social
15   Security,

16           Defendant.
     _____/
17

18           Following a favorable decision on remand, plaintiff has now

19   filed a "motion for entry of final judgment and filing of

20   supplemental administrative transcript of record."  Plaintiff seeks

21   entry of judgment so he can move for attorney's fees pursuant to the

22   Equal Access to Justice Act (EAJA).  He also requests the

23   Commissioner be directed to file a supplemental transcript of

24   administrative proceedings so the court may determine, if necessary,

25   whether the Commissioner's position was "substantially justified"

26   under the EAJA.  Plaintiff's motion appears to be well-taken.

                                    1

1    Accordingly, IT IS HEREBY ORDERED that defendant shall show

2 cause in writing within twenty (20) days of the date of this order

3 why plaintiff's motion should not be granted.  If defendant does not

4 oppose plaintiff's motion, she shall so indicate in writing.

5 DATED: November 22, 2006.

6

7                                   DALE A. DRCZD
                                    UNITED STATES MAGISTRATE JUDGE
8

9  DAD:th
   ddad1/orders.socsec/barber1286.oppo
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2