HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444


/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN K. BARBER, ) | No.  CIV S-00-1286 WBS DAD |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have an extension of time up through and including Thursday, January 18, 2007 in which to e-file his Reply to Defendant's Motion to Transfer for Improper Venue and Defendant's Response to Order to Show Cause.  This extension is necessitated by the number of other cases Plaintiff's counsel currently has before various district courts that also require briefing.

1

STIPULATION AND ORDER

Dated: December 26, 2006 /s/ DENNIS J. HANNA
DENNIS J. HANNA
Special Assistant U.S. Attorney

Dated: December 26, 2006 /s/ HARVEY P. SACKETT
Attorney for Plaintiff
NORMAN K. BARBER

IT IS SO ORDERED.

DATED: December 28, 2006.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/barber.stipord

2

STIPULATION AND ORDER