IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN K. BARBER,

    Plaintiff,     No. CIV S-00-1286 WBS DAD

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.     ORDER

_____/

        This Social Security action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(a) and (b) and Local Rule 72-302(c)(15).

        On April 6, 2007, the magistrate judge filed an order and findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Objections to the findings and recommendations were filed by defendant on April 6, 2007, and plaintiff filed a reply on April 9, 2007.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. Indeed, defendant's objections present no challenge to the magistrate judge's

1

1  recommendation that plaintiff's motion for entry of final judgment be granted.  Rather, defendant
2  objects to the magistrate judge's orders concerning plaintiff's request for an order requiring that
3  the administrative record be filed and defendant's motion to transfer this case to another district.
4  To the extent that defendant seeks reconsideration of these orders, defendant has not
5  demonstrated that either order is clearly erroneous or contrary to law.  See 28 U.S.C. §
6  636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72-303(c) & (f).

        Accordingly, IT IS HEREBY ORDERED that:

        1.  The findings and recommendations filed April 6, 2007, are adopted in full;

        2.  Upon reconsideration, the order of the magistrate judge filed April 6, 2007, is affirmed;

        3.  Plaintiff's November 9, 2006 motion for entry of final judgment is granted; and

        4.  The Clerk shall enter final judgment for plaintiff and close this case forthwith.

DATED:  April 17, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/barber1286.jo