HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444

/as

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN K. BARBER, | ) Case No.: CV-S 00-1286 WBS DAD |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a 21 day extension of time up through and including Friday, August 17, 2007 in which to file his response to Defendant's Opposition to Plaintiff's Motion and Application for Attorney's Fees and Costs Under the Equal Access to Justice Act.  This extension is necessitated by the fact that Plaintiff's counsel will be out on medical leave starting on July 16, 2007; his return-to-work date is uncertain at this time.

1
STIPULATION AND ORDER

MCGREGOR W. SCOTT
United States Attorney

Dated: July 17, 2007

/s/ DENNIS J. HANNA
DENNIS J. HANNA
Special Assistant U.S. Attorney

Dated: July 17, 2007

/s/ HARVEY P. SACKETT
HARVEY P. SACKETT
Attorney for Plaintiff
NORMAN K. BARBER

IT IS SO ORDERED.

DATED: July 23, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/barber1286.stipord

2

STIPULATION AND ORDER