IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORMAN K. BARBER,

        Plaintiff,                    No. CIV S-00-1286 WBS DAD

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.               <u>ORDER</u>

/

        This Social Security action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636, et seq., and Local Rule 72-302.

        On July 8, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

/////

1

1. The findings and recommendations filed July 8, 2008, are adopted in full;

2. Plaintiff's June 15, 2007 motion for attorney fees and costs under the EAJA is granted;

3. Plaintiff is awarded $21,928.31 for attorney fees under 28 U.S.C. § 2412(d) and $5,181.39 for other fees, expenses, and costs under 28 U.S.C. §§ 2412(a) and (d), for a total award of $27,109.70; and

4. The EAJA award of fees and costs shall be made payable to plaintiff's attorney.

DATED:  August 5, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/barber1286.attyfees.jo

1. The findings and recommendations filed July 8, 2008, are adopted in full;

2. Plaintiff's June 15, 2007 motion for attorney fees and costs under the EAJA is granted;

3. Plaintiff is awarded $21,928.31 for attorney fees under 28 U.S.C. § 2412(d) and $5,181.39 for other fees, expenses, and costs under 28 U.S.C. §§ 2412(a) and (d), for a total award of $27,109.70; and

4. The EAJA award of fees and costs shall be made payable to plaintiff's attorney.

DATED:  August 5, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/barber1286.attyfees.jo