McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
DENNIS J. HANNA, CSBN 184475
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
    E-Mail: Dennis.Hanna@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| NORMAN K. BARBER, )<br>)<br>    Plaintiff, )<br>)<br>        v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>)<br>    Defendant. )<br>_____) | No. CIV S-00-1286 WBS DAD<br><br>JOINT REQUEST TO MODIFY THE COURT'S ORDER AND PROPOSED ORDER SETTLING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §§ 1920 and 2412(d) |

    THE PARTIES JOINTLY REQUEST that the Court modify its August 6, 2008 Order in this Action such that payment of fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), be made to Plaintiff and delivered to Plaintiff's counsel, rather than be payable to counsel. The reason for this joint request is that it is Defendant's position that EAJA fees should be paid to Plaintiff rather than his counsel, but the Parties seek to avoid further litigation of this question, both in this Court and on appeal, and to expedite a final resolution of this matter.

    Therefore, the Parties respectfully request that the Court require payment of the EAJA fees specified in the August 6, 2008 Order, in the amount of TWENTY ONE THOUSAND NINE HUNDRED TWENTY EIGHT DOLLARS AND THIRTY ONE CENTS ($21,928.31), be made to

Plaintiff and delivered to Plaintiff's counsel. Consistent with the August 6, 2008 Order, payment of costs, under 28 U.S.C. § 1920, in the amount of FIVE THOUSAND ONE HUNDRED EIGHTY ONE DOLLARS AND THIRTY NINE CENTS ($5,181.39), shall be made to Plaintiff's counsel and delivered to Plaintiff's counsel.

Payment of the amounts specified in the Court's August 6, 2008 Order shall constitute compensation for all legal services rendered on behalf of Plaintiff by his counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920 and 2412(d), but shall be without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: *August 12, 2008*

/s/ *Harvey P. Sackett*
*(As authorized via email on 8/12/08)*
HARVEY P. SACKETT
Attorney for Plaintiff

Dated: *August 12, 2008*

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Dennis J. Hanna*
DENNIS J. HANNA
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

**APPROVED AND SO ORDERED:**

Dated: August 14, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2